IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Pankajkumar Ramanbhai PATEL, | : | |
| v. | : | |
| | : | PETITION FOR WRIT OF HABEAS CORPUS |
| | : | No. 25-cv-5975 |
| Brian MCSHANE, Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement, Kristi NOEM, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; Pamela BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW. | : : : : : : : : : : : : | |
| Respondents. | : | |

## **ORDER**

**AND NOW,** this 28th day of October, 2025, it is **ORDERED** that Respondents must file their response to the Habeas Petition (ECF No. 1) **on or before November 6, 2025**. If Petitioner chooses to file a reply, the reply must be filed **on or before November 13, 2025**.


   s/ANITA B. BRODY, J.
ANITA B. BRODY, J.