IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Pankajkumar Ramanbhai PATEL, | : | |
| v. | : | |
| | : | PETITION FOR WRIT OF HABEAS CORPUS |
| | : | No. 25-cv-5975 |
| Brian MCSHANE, Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement, Kristi NOEM, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; Pamela BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW. | : | |
| Respondents. | : | |

**ORDER**

**AND NOW,** this 20th day of November, 2025, upon consideration of Mr. Patel's Petition for Writ of Habeas Corpus (ECF No. 1), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Petition is **GRANTED** as follows:

1. Mr. Patel is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

2. The Government shall **RELEASE** Mr. Patel from custody immediately and certify compliance with the Court's Order by filing an entry on the docket no later than 12:00 p.m. ET on November 21, 2025;

3. The Government is temporarily enjoined from re-detaining Mr. Patel for seven days

following his release from custody;

4. If the Government chooses to pursue re-detention of Mr. Patel after that seven-day period, it must first provide him with a bond hearing where an Immigration Judge shall determine whether detention is warranted pending the resolution of his removal proceedings; and

5. Pending the ordered bond hearing, the Government cannot remove, transfer, or otherwise facilitate the removal of Mr. Patel from the Commonwealth of Pennsylvania before the ordered bond hearing.  If the Immigration Judge determines that Mr. Patel is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from me to move Mr. Patel if unforeseen or emergency circumstances arise that require him to be removed.  Any such request must include an explanation for the request as well as a proposed destination.  The Court will then determine whether to grant the request and permit transfer of Mr. Patel.

6. It is **FURTHER ORDERED** that Mr. Patel's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 12) is **DENIED AS MOOT**.

The Clerk of Court shall mark this case closed.

    _s/ANITA B. BRODY, J._____
    ANITA B. BRODY, J.